IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Dan Alexander
Mary E. Aguirre
    Debtors

Bankruptcy No. 10-09087
Judge Jacqueline P. Cox
Chapter: 13

## ORDER MODIFYING AUTOMATIC STAY AND CO-DEBTOR STAY

This cause coming to be heard on the Motion of Provident Funding Associates, L.P., through its attorneys, Johnson, Blumberg & Associates, LLC, for relief from the automatic stay and co-debtor stay, the Court being fully advised;

IT IS HEREBY ORDERED:

*as to Alina Alexander (JPC)*

A.   That the Automatic Stay and Co-Debtor Stay of the above case is hereby modified to allow Provident Funding Associates, L.P. to proceed with foreclosure, eviction, or any other action to preserve and enforce its rights with regard to the property commonly known as 13726 Timber Trails Road, Orland Park, Illinois 60462. Any proof of claim filed by the creditor is hereby withdrawn.

B.   That the 14 day stay provision of Bankruptcy Rule of Procedure 4001(a)(3) is waived.

Date: 3/29/10

Enter:
*Jacqueline P. Cox*
Judge Jacqueline P. Cox

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711