# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:    DAN ALEXANDER  
         MARY E AGUIRRE ALEXANDER  

Case No.: 10-09087

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/04/2010.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/26/2010.

6) Number of months from filing to the last payment: 0

7) Number of months case was pending: 3

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 21,550.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $_____.00_ |
| Less amount refunded to debtor | $_____.00_ |
| **NET RECEIPTS** | $_____.00_ |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $_____.00_ |
| Court Costs | $_____.00_ |
| Trustee Expenses and Compensation | $_____.00_ |
| Other | $_____.00_ |
| **TOTAL EXPENSES OF ADMINISTRATION** | $_____.00_ |
| Attorney fees paid and disclosed by debtor | $   2,455.00_ |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PNC BANK | UNSECURED | NA | 34,557.44 | 34,557.44 | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 11,224.00 | 11,224.11 | 11,224.11 | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 8,397.00 | 8,566.41 | 8,566.41 | .00 | .00 |
| CITIMORTGAGE INC | SECURED | NA | .00 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | UNSECURED | 20,142.00 | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | 225,182.00 | 232,346.39 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | UNSECURED | 225,182.00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN BANK | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | SECURED | 218,188.00 | 222,552.01 | .00 | .00 | .00 |
| BANK OF AMERICA | SECURED | .00 | 32,226.51 | .00 | .00 | .00 |
| BANK OF AMERICA | OTHER | 170,000.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 16,358.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE HOME FINANCE L | SECURED | 141,099.00 | 142,139.04 | .00 | .00 | .00 |
| FORD MOTOR CREDIT | SECURED | 9,000.00 | 9,204.02 | .00 | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | 771.00 | NA | NA | .00 | .00 |
| GEMB ABT | UNSECURED | 2,352.00 | NA | NA | .00 | .00 |
| ADDISON EMERGENCY PH | UNSECURED | 634.00 | NA | NA | .00 | .00 |
| ADDISON RADIOLOGY | UNSECURED | 49.00 | NA | NA | .00 | .00 |
| AMERICAN HONDA FINAN | UNSECURED | 31,873.00 | NA | NA | .00 | .00 |
| AMEX | UNSECURED | 41,037.00 | NA | NA | .00 | .00 |
| AMEX | UNSECURED | 34,678.00 | NA | NA | .00 | .00 |
| APPLIED BANK | UNSECURED | 2,412.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ASSET ACCEPTANCE LLC | UNSECURED | 7,551.00 | NA | NA | .00 | .00 |
| BACHOMELOANS | UNSECURED | 270,092.00 | NA | NA | .00 | .00 |
| BAC HOME LOANS SERVC | OTHER | .00 | NA | NA | .00 | .00 |
| BACHOMELOANS | UNSECURED | 157,654.00 | NA | NA | .00 | .00 |
| BAC HOME LOANS SERVC | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 3,708.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 6,254.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 747.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 662.00 | NA | NA | .00 | .00 |
| HSBC/CARSON | UNSECURED | 401.00 | NA | NA | .00 | .00 |
| ADDISON CARDIOLOGY | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 243,883.00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | 49,196.00 | NA | NA | .00 | .00 |
| CHASE CC | UNSECURED | 1,439.00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | UNSECURED | 154,000.00 | NA | NA | .00 | .00 |
| CITIBANK NA | UNSECURED | 518.00 | NA | NA | .00 | .00 |
| CITIBANK NA | UNSECURED | 46.00 | NA | NA | .00 | .00 |
| CITIBANK NA | UNSECURED | 28.00 | NA | NA | .00 | .00 |
| CONTACT CALLERS INC | UNSECURED | 2,105.00 | NA | NA | .00 | .00 |
| ENHANCED RECOVERY CO | UNSECURED | 374.00 | NA | NA | .00 | .00 |
| FIRST REV ASSURANCE | UNSECURED | 76.00 | NA | NA | .00 | .00 |
| GMAC | UNSECURED | 6,909.00 | NA | NA | .00 | .00 |
| HOME DEPOT | UNSECURED | 638.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 5,827.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 634.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | 317,566.00 | NA | NA | .00 | .00 |
| CHASE BANK USA NA | UNSECURED | 436.00 | 473.34 | 473.34 | .00 | .00 |
| LANE BRYANT RETAIL S | UNSECURED | 161.00 | NA | NA | .00 | .00 |
| MACYS/FDSB | UNSECURED | 3,405.00 | NA | NA | .00 | .00 |
| MATTHEW GOLDBERG ESQ | UNSECURED | 3,849.00 | NA | NA | .00 | .00 |
| NATIONAL CITY BUSINE | UNSECURED | 35,000.00 | NA | NA | .00 | .00 |
| NATL CTY CRD | UNSECURED | 36,367.00 | NA | NA | .00 | .00 |
| DEPT STORES NATIONAL | UNSECURED | 8,500.00 | 3,626.90 | 3,626.90 | .00 | .00 |
| NCB NE ER | UNSECURED | 51,262.00 | NA | NA | .00 | .00 |
| WFNNB NEW YORK & COM | UNSECURED | 590.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 651.00 | 545.82 | 545.82 | .00 | .00 |
| PROVIDNT FND | UNSECURED | 243,951.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 17,923.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 8,280.00 | NA | NA | .00 | .00 |
| SEARS/CBSD | UNSECURED | 1,859.00 | NA | NA | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 496.00 | 538.57 | 538.57 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 727.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VICTORIAS SECRET | UNSECURED | 354.00 | NA | NA | .00 | .00 |
| VILLAGE OF HOFFMAN E | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| TATIANNA MINZLER | OTHER | .00 | NA | NA | .00 | .00 |
| THE STUDENT LOAN COR | UNSECURED | NA | 412.17 | 412.17 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 732.93 | 732.93 | .00 | .00 |
| CHASE HOME FINANCE L | SECURED | NA | 3,087.18 | .00 | .00 | .00 |
| CHASE HOME FINANCE L | OTHER | NA | NA | NA | .00 | .00 |
| PNC BANK | SECURED | NA | 49,589.73 | .00 | .00 | .00 |
| PNC BANK | SECURED | NA | 2,357.93 | .00 | .00 | .00 |
| PNC BANK | UNSECURED | NA | 42,015.38 | 42,015.38 | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | NA | 33,600.44 | .00 | .00 | .00 |
| IL STATE DISBURSEMEN | OTHER | NA | NA | NA | .00 | .00 |
| ALINA ALEXANDER | PRIORITY | NA | 12,000.00 | 12,000.00 | .00 | .00 |
| BANK OF AMERICA | SECURED | NA | .00 | .00 | .00 | .00 |
| BANK OF AMERICA | OTHER | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | OTHER | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | SECURED | NA | .00 | .00 | .00 | .00 |
| BARRINGTON SQUARE CO | SECURED | NA | 6,573.03 | .00 | .00 | .00 |
| FEDERAL NATIONAL MOR | OTHER | NA | NA | NA | .00 | .00 |
| CITIMORTGAGE INC | SECURED | NA | 162,264.99 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | OTHER | NA | NA | NA | .00 | .00 |
| CITIMORTGAGE INC | SECURED | NA | 36,069.47 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | .00 | 254,520.97 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | NA | 35,198.91 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | NA | 254,520.97 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | NA | 35,198.91 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | 12,000.00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | 12,000.00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 102,693.07 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   05/24/2010                                      /s/ Tom Vaughn
                                                          Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**