UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ALEXANDER, DAN | § | Case No. 10-09087 |
| | AGUIRRE, MARY E | § | |
| | ALEXANDER, MARY E | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/15/2011 in Courtroom 619, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/11/2011          By:    /s/Eugene Crane
                                        Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: ALEXANDER, DAN | § | Case No. 10-09087 |
| AGUIRRE, MARY E | § | |
| | § | |
| Debtor(s) ALEXANDER, MARY E | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 20,001.61 |
| *and approved disbursements of* | $ | 60.03 |
| *leaving a balance on hand of* [1] | $ | 19,941.58 |
| **Balance on hand:** | $ | 19,941.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | Chase Home Finance LLC | 142,139.04 | 0.00 | 0.00 | 0.00 |
| 10 | Ford Motor Credit Company LLC | 9,204.02 | 0.00 | 0.00 | 0.00 |
| 14 | JP Morgan Chase Bank, National Association | 265,946.83 | 265,946.83 | 0.00 | 0.00 |
| 15 | JP Morgan Chase Bank, National Association | 254,778.52 | 0.00 | 0.00 | 0.00 |
| 16 | Bank of America, NA successor to LaSalle Bank | 254,778.52 | 254,778.52 | 0.00 | 0.00 |
| 17 -2 | JPMorgan Chase Bank, National Association | 289,719.88 | 289,719.88 | 0.00 | 0.00 |
| 20 | JP Morgan Chase Bank, National Association | 289,719.88 | 289,719.88 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 19,941.58 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2,750.16 | 0.00 | 2,750.16 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 11,224.00 | 0.00 | 11,224.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 158.08 | 0.00 | 158.08 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 967.50 | 0.00 | 967.50 |

Total to be paid for chapter 7 administration expenses:  $   15,099.74
Remaining balance:  $   4,841.84

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $   0.00
Remaining balance:  $   4,841.84

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Alina Alexander | 12,000.00 | 0.00 | 4,841.84 |

DSO obligation has priority after payment of Chapter 7 Admin expenses

Total to be paid for priority claims:  $   4,841.84
Remaining balance:  $   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)

Timely claims of general (unsecured) creditors totaling $ 335,198.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PNC Bank | 34,557.44 | 0.00 | 0.00 |
| 2 | Discover Bank | 11,224.11 | 0.00 | 0.00 |
| 3 | Discover Bank | 8,566.41 | 0.00 | 0.00 |
| 4 | Citibank NA, Ttee for the Student Loan Corp. | 412.17 | 0.00 | 0.00 |
| 5 | American Infosource Lp As Agent for T-Mobile/T-Mobile USA | 732.93 | 0.00 | 0.00 |
| 6 | PEOPLES GAS LIGHT & COKE COMPANY | 545.82 | 0.00 | 0.00 |
| 7 | Department Stores National Bank/Visa | 3,626.90 | 0.00 | 0.00 |
| 9 | TARGET NATIONAL BANK | 538.57 | 0.00 | 0.00 |
| 11 | PNC Bank | 51,947.66 | 0.00 | 0.00 |
| 12 | PNC Bank | 42,015.38 | 0.00 | 0.00 |
| 18 | Barrington Square I Condominium Association | 6,573.03 | 0.00 | 0.00 |
| 19 | Chase Bank USA,N.A. | 473.34 | 0.00 | 0.00 |
| 22 | Genesis Financial Services, Vativ Recovery Solutions, Agent | 5,622.49 | 0.00 | 0.00 |
| 23 | Commonwealth Edison Company | 2,104.51 | 0.00 | 0.00 |
| 24 | Capital One Bank (USA), N.A., American Infosource agent | 6,416.18 | 0.00 | 0.00 |
| 25 | Capital One Bank (USA), N.A.,American Infosource agent | 757.20 | 0.00 | 0.00 |
| 26 | Capital One Bank (USA), N.A., American Infosource Agent | 840.57 | 0.00 | 0.00 |
| 27 | Verizon Wireless | 727.05 | 0.00 | 0.00 |
| 28 | PYOD LLC as assignee of Citibank NA | 690.51 | 0.00 | 0.00 |
| 29 | Sallie Mae ECMC | 7,034.42 | 0.00 | 0.00 |
| 30 | Sallie Mae ECMC | 15,241.47 | 0.00 | 0.00 |
| 31 | CR Evergreen, LLC | 3,708.40 | 0.00 | 0.00 |

| | | | | |
|---|---|---:|---:|---:|
| 32 | American Infosource Lp As Agent for Wfnnb | 103.96 | 0.00 | 0.00 |
| 33 | American Infosource Lp As Agent for Wfnnb | 629.49 | 0.00 | 0.00 |
| 34 | American Infosource Lp As Agent for Wfnnb | 384.69 | 0.00 | 0.00 |
| 35 | Asset Acceptance LLC | 7,956.09 | 0.00 | 0.00 |
| 36 | Chase Bank USA, N.A. | 1,515.44 | 0.00 | 0.00 |
| 37 | SALLIE MAE | 22,641.92 | 0.00 | 0.00 |
| 38 | American Infosource Lp As Agent for American Honda Finance | 12,150.62 | 0.00 | 0.00 |
| 39 | American Express Centurion Bank | 37,485.43 | 0.00 | 0.00 |
| 40 | American Express Bank, FSB | 47,884.48 | 0.00 | 0.00 |

        Total to be paid for timely general unsecured claims:   $     0.00
        Remaining balance:   $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

        Total to be paid for tardy general unsecured claims:   $     0.00
        Remaining balance:   $     0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                              Case No. 10-09087-JPC
Dan Alexander                                                       Chapter 7
Mary E Aguirre
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1         User: cturner                 Page 1 of 3           Date Rcvd: Aug 12, 2011
                             Form ID: pdf006               Total Noticed: 85


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2011.
db           +Dan Alexander,   4230 N. Melvina,    Chicago, IL 60634-1528
jdb          +Mary E Aguirre,    4230 N Melvina,    Chicago, IL 60634-1528
aty          +John E Trepel,   Thomas J Polinski & Associates,     5844 W Irving Park Rd,
               Chicago, IL 60634-2622
tr           +Eugene Crane,   Crane Heyman Simon Welch & Clar,     135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
15199163    ++APPLIED BANK,    PO BOX 15809,    WILMINGTON DE 19850-5809
              (address filed with court: Applied Bank,     601 Delaware Ave,    Wilmington, DE  19801)
15199159     +Addison Emergency Physicians,     520 E. 22nd St,   Lombard, IL 60148-6110
15199160     +Addison Radiology Assocs.,    520 E. 22nd St.,    Lombard, IL 60148-6110
15199156     +Aguirre Mary E,    4230 N Melvina,    Chicago, IL 60634-1528
15199155     +Alexander Dan,    4230 N Melvina,    Chicago, IL 60634-1528
15372791     +Alina Alexander,    13726 Timber Trails,    Orland Park, IL 60462-1535
16536278      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16536277      American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15199162     +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
15199165     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
15403675     +Bank of America, National Association successor by,      c/o Codilis & Associates, P.C.,
               15W030 North Frontage Road, Suite 100,     Burr Ridge, IL 60527-6921
15411061     +Barrington Square I Condominium Association,     c/o Keay & Costello, P.C.,
               128 South County Farm Road,    Wheaton, Illinois 60187-2400
16427178     +C/O SALLIE MAE, Inc.,    220 LASLEY AVE.,    WILKES BARRE, PA 18706-1496
15199167    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,     Po Box 85520,    Richmond, VA  23285)
15199170    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court: Chase,    Po Box 1093,    Northridge, CA  91328)
15688498      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,     PO Box 71083,
               Charlotte, NC  28272-1083
15199168      Carson, Pirie Scott,    Po Box 15524,    Wilmington, DE  19850
15199169     +Central Addison Med Grp LLC,    P.O. Box 2245,    Schiller Park, IL 60176-0245
15199173     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15199171     +Chase,   9451 Corbin Avenue,    Northridge, CA 91324-1665
15199172     +Chase,   3990 S Babcock St,    Melbourne, FL 32901-8212
15199174     +Chase,   C/O Codilis & Associates, P.C.,     15W030 N. Frontage Rd., Ste 100,
               Burr Ridge, IL 60527-6921
15199175     +Chase Bank,   C/O Fisher & Shapiro,     4201 Lake Cook Rd.,    Northbrook, IL 60062-1060
16255629      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15422404     +Chase Bank USA,N.A.,    c/o Creditors Bankrutpcy Service,     P.O.Box 740933,
               Dallas, TX 75374-0933
15321747     +Chase Home Finance LLC,    c/o Codilis & Associates, P.C.,     15W030 North Frontage Road, Suite 100,
               Burr Ridge, IL 60527-6921
15199176     +Chase Mtg,   10790 Rancho Berna,    San Diego, CA 92127-5705
15430345     +CitiMortgage, Inc. successor by merger to ABN AMR,      c/o Codilis & Associates, PC,
               15W030 North Frontage Road, Suite 100,     Burr Ridge, IL 60527-6921
15199177     +Citibank N A,    701 E 60th St N,    Sioux Falls, SD 57104-0493
15253835     +Citibank NA as trustee for,    The Student Loan Corporation,     c/o Citibank (South Dakota), N.A.,
               ATTN: Claims Dept. MC 2135,    701 E 60th Street North,     Sioux Falls, SD 57104-0432
15199178     +Codilis & Associates, P.C.,    15W030 N. Frontage Road,     Suite 100,    Burr Ridge, IL 60527-6921
15199179     +Contract Callers Inc,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
15313974     +Department Stores National Bank/Visa,     Nco Financial Systems, Inc.,    PO Box 4275,
               Norcross, GA 30091-4275
15199181     +Enhanced Recovery Corp,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
15356747    ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court: Ford Motor Credit Company LLC,      Drawer 55-953,    P.O.Box 55000,
               Detriot, MI 48255-0953)
15199182     +First Revenue Assuranc,    4500 Cherry Creek Dr Ste,    Denver, CO 80246-1518
15199183     +Ford Motor Credit,    Pob 542000,    Omaha, NE 68154-8000
15199184     +GMAC,   15303 S. 94th Ave.,    Orland Park, IL 60462-3825
15553564     +Genesis  Financial Services,     Vativ Recovery Solutions,
               as a agent for Genesis Financial Service,     P.O. Box 19249,    Sugar Land, TX 77496-9249
15199185     +Home Depot,   Po Box 6497,    Sioux Falls, SD 57117-6497
15199186     +Illinois Collection Services,     8231 185th St Ste 100,    Tinley Park, IL 60487-9356
15199187     +J. P. Morgan Chase,    P.O. Box 44118,    Jacksonville, FL 32231-4118
15376218     +JP Morgan Chase Bank, National Association,     c/o Codilis & Association, P.C.,
               15W030 North Frontage Road, Suite 100,     Burr Ridge, IL 60527-6921
15404140     +JPMorgan Chase Bank, National Association,     c/o Codilis & Associates, PC,
               15W030 North Frontage Road, Suite 100,     Burr Ridge, IL 60527-6921
15199189     +Lane Bryant Retail Store,    450 Winks Ln,    Bensalem, PA 19020-5943
15199190      Macy's Visa,    911 Duke Blvd,    Mason, OH  45040
15199191     +Matthew Goldberg, Esq.,    555 Skokie Blvd,   #500,   Northbrook, IL 60062-2845
15199195     +NCB Ne Er,   4661 E Main St,    Columbus, OH 43213-3298
15199192     +National City Business Account,     P.O. Box 4004,    Kalamazoo, MI 49003-4004
```

```
District/off: 0752-1           User: cturner              Page 2 of 3                   Date Rcvd: Aug 12, 2011
                               Form ID: pdf006            Total Noticed: 85

15199193     +National City Credit,   4661 East Main St,   Columbus, OH 43251-0001
15199194     +National City Visa,   P.O. Box 247001,   Omaha, NE 68124-7001
15199196     +New York and Company,   220 W Schrock Rd,   Westerville, OH 43081-2873
15293404     +PEOPLES GAS LIGHT & COKE COMPANY,   130 EAST RANDOLPH DRIVE,   CHICAGO, ILLINOIS 60601-6203
15214863     +PNC Bank,   P.O. Box 94982,   Cleveland, OH 44101-4982
15755365     +PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
               c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
15199197     +Peoples Energy,   130 E. Randolph Drive,   Chicago, IL 60601-6302
15199198     +Pierce & Associates,   1 N. Dearborn St.,   Chicago, IL 60602-4373
15199199     +Provident FND,   1235 N. Dutton Ave,   Santa Rosa, CA 95401-4642
15199201     +Sears,   Po Box 6189,   Sioux Falls, SD 57117-6189
15334795     +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
15199202      Target National Bank,   P.O. Box 59317,   Minneapolis, MN 55459-0317
15199157      Thomas J Polinski & Associate Ltd,   5844 W Irving Park Road,   Chicago, IL  60634-2622
15199204     +Victoria Secret,   Po Box 182128,   Columbus, OH 43218-2128
15199205     +Village of Hoffman Estates,   2 Transam Plaza Dr Ste 3,   Oakbrook Terrace, IL 60181-4823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15199161      E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 13 2011 00:35:56      American Honda Finance,
               2170 Point Blvd Ste 100,   Elgin, IL   60123
16500202      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 13 2011 01:23:18
               American Infosource Lp As Agent for,   American Honda Finance,   PO Box 248838,
               Oklahoma City, OK   73124-8838
15277857      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 13 2011 01:23:19
               American Infosource Lp As Agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
               Oklahoma City, OK   73124-8848
16195003      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 13 2011 01:23:19
               American Infosource Lp As Agent for Wfnnb,   Assignee/,   New York & Co,   PO Box 248872,
               Oklahoma City, OK   73124-8872
16195009      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 13 2011 01:23:19
               American Infosource Lp As Agent for Wfnnb,   Assignee/,   Victoria's Secret,   PO Box 248872,
               Oklahoma City, OK   73124-8872
16195002      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 13 2011 01:23:18
               American Infosource Lp As Agent for Wfnnb,   Assignee/,   Lane Bryant,   PO Box 248872,
               Oklahoma City, OK   73124-8872
15199164     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 13 2011 00:35:39      Asset Acceptance LLC,
               Po Box 2036,   Warren, MI 48090-2036
16186082      E-mail/PDF: BNCEmails@blinellc.com Aug 13 2011 01:23:38      CR Evergreen, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
15670602     +E-mail/Text: legalcollections@comed.com Aug 13 2011 00:36:09      Commonwealth Edison Company,
               3 Lincoln Center, 4th Floor,   Attn: Bankruptcy Section,   Oakbrook Terrace, IL 60181-4204
15231859      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 13 2011 01:34:53      Discover Bank,
               Dfs Services LLC,   PO Box 3025,   New Albany, Ohio   43054-3025
15199180     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 13 2011 01:34:53      Discover Fin Svcs LLC,
               Po Box 15316,   Wilmington, DE 19850-5316
15199158     +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2011 01:24:06      GE Money Bank (ABT TV/GEMB),
               c/o Recovery Management Systems Corp,   25 S E 2nd Avenue Suite 1120,   Miami FL 33131-1605
15199188     +E-mail/PDF: cr-bankruptcy@kohls.com Aug 13 2011 01:24:24      Kohls,   N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
15199200     +E-mail/PDF: pa_dc_claims@salliemae.com Aug 13 2011 01:24:23      Sallie Mae,   11100 USA Pkwy,
               Fishers, IN 46037-9203
16058157     +E-mail/PDF: pa_dc_claims@salliemae.com Aug 13 2011 01:24:23      Sallie Mae ECMC,
               c/o Sallie Mae Inc.,   220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
15199203     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 13 2011 01:23:22      Verizon Wireless,
               1515 Woodfield Rd Ste140,   Schaumburg, IL 60173-6046
15715224      E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 13 2011 01:23:22      Verizon Wireless,
               PO Box 3397,   Bloomington, IL 61702-3397
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Crane, Heyman, Simon, Welch & Clar
aty*        +Eugene Crane,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
15404309*   +JPMorgan Chase Bank, National Association,   c/o Codilis & Associates, PC,
               15W030 North Frontage Road, Suite 100,   Burr Ridge, IL 60527-6921
15199166    ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
                                                                                   TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1         User: cturner             Page 3 of 3              Date Rcvd: Aug 12, 2011
                             Form ID: pdf006           Total Noticed: 85
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2011**                    **Signature:**   /s/ Joseph Speetjens