**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ALEXANDER, DAN | § Case No. 10-09087 |
| AGUIRRE, MARY E | § |
| | § |
| Debtor(s) ALEXANDER, MARY E | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $860,750.00         Assets Exempt:  $21,550.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,842.07      Claims Discharged
                                                 Without Payment:  $335,198.48

Total Expenses of Administration:  $15,159.77

---

3) Total gross receipts of $   20,001.84    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00     (see **Exhibit 2**), yielded net receipts of $20,001.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,506,286.69 | $1,100,165.11 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,159.77 | 15,159.77 | 15,159.77 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 12,000.00 | 12,000.00 | 4,842.07 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 335,198.48 | 335,198.48 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,868,644.94 | $1,462,523.36 | $20,001.84 |

4) This case was originally filed under Chapter 13 on March 04, 2010 and it was converted to Chapter 7 on April 26, 2010.The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/17/2011          By: /s/EUGENE CRANE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 4230 N. Melvina Ave., Chicago, IL. 60634 | 1110-000 | 20,000.00 |
| Interest Income | 1270-000 | 1.84 |
| **TOTAL GROSS RECEIPTS** | | **$20,001.84** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Chase Home Finance LLC | 4800-000 | N/A | 142,139.04 | 0.00 | 0.00 |
| 10 | Ford Motor Credit Company LLC | 4800-000 | N/A | 9,204.02 | 0.00 | 0.00 |
| 14 | JP Morgan Chase Bank, National Association | 4800-000 | N/A | 265,946.83 | 265,946.83 | 0.00 |
| 15 | JP Morgan Chase Bank, National Association | 4800-000 | N/A | 254,778.52 | 0.00 | 0.00 |
| 16 | Bank of America, NA successor to LaSalle Bank | 4800-000 | N/A | 254,778.52 | 254,778.52 | 0.00 |
| 17 -2 | JPMorgan Chase Bank, National Association | 4800-000 | N/A | 289,719.88 | 289,719.88 | 0.00 |
| 20 | JP Morgan Chase Bank, National Association | 4800-000 | N/A | 289,719.88 | 289,719.88 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,506,286.69** | **$1,100,165.11** | **$0.00** |

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 2,750.16 | 2,750.16 | 2,750.16 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 11,224.00 | 11,224.00 | 11,224.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 158.08 | 158.08 | 158.08 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 967.50 | 967.50 | 967.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 16.03 | 16.03 | 16.03 |
| Illinois Department of Revenue | 2820-000 | N/A | 44.00 | 44.00 | 44.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.42 | 31.42 | 31.42 |
| The Bank of New York Mellon | 2600-000 | N/A | -31.42 | -31.42 | -31.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 15,159.77 | 15,159.77 | 15,159.77 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Alina Alexander | 5100-000 | N/A | 12,000.00 | 12,000.00 | 4,842.07 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 12,000.00 | 12,000.00 | 4,842.07 |

**UST Form 101-7-TDR (10/1/2010)**

Case 10-09087    Doc 135    Filed 11/30/11    Entered 11/30/11 10:43:11    Desc Main
          Document      Page 5 of 9

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PNC Bank | 7100-000 | N/A | 34,557.44 | 34,557.44 | 0.00 |
| 2 | Discover Bank | 7100-000 | N/A | 11,224.11 | 11,224.11 | 0.00 |
| 3 | Discover Bank | 7100-000 | N/A | 8,566.41 | 8,566.41 | 0.00 |
| 4 | Citibank NA, Ttee for the Student Loan Corp. | 7100-000 | N/A | 412.17 | 412.17 | 0.00 |
| 5 | American Infosource Lp As Agent for T-Mobile/T-Mobile | 7100-000 | N/A | 732.93 | 732.93 | 0.00 |
| 6 | PEOPLES GAS LIGHT & COKE COMPANY | 7100-000 | N/A | 545.82 | 545.82 | 0.00 |
| 7 | Department Stores National Bank/Visa | 7100-000 | N/A | 3,626.90 | 3,626.90 | 0.00 |
| 9 | TARGET NATIONAL BANK | 7100-000 | N/A | 538.57 | 538.57 | 0.00 |
| 11 | PNC Bank | 7100-000 | N/A | 51,947.66 | 51,947.66 | 0.00 |
| 12 | PNC Bank | 7100-000 | N/A | 42,015.38 | 42,015.38 | 0.00 |
| 18 | Barrington Square I Condominium Association | 7100-000 | N/A | 6,573.03 | 6,573.03 | 0.00 |
| 19 | Chase Bank USA,N.A. | 7100-000 | N/A | 473.34 | 473.34 | 0.00 |
| 21 | CitiMortgage, Inc. successor by merger to ABN AMRO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 22 | Genesis Financial Services, Vativ Recovery Solutions, | 7100-000 | N/A | 5,622.49 | 5,622.49 | 0.00 |
| 23 | Commonwealth Edison Company | 7100-000 | N/A | 2,104.51 | 2,104.51 | 0.00 |
| 24 | Capital One Bank (USA), N.A., American Infosource | 7100-000 | N/A | 6,416.18 | 6,416.18 | 0.00 |
| 25 | Capital One Bank (USA), N.A.,American Infosource | 7100-000 | N/A | 757.20 | 757.20 | 0.00 |
| 26 | Capital One Bank (USA), N.A., American Infosource | 7100-000 | N/A | 840.57 | 840.57 | 0.00 |
| 27 | Verizon Wireless | 7100-000 | N/A | 727.05 | 727.05 | 0.00 |
| 28 | PYOD LLC as assignee of Citibank NA | 7100-000 | N/A | 690.51 | 690.51 | 0.00 |
| 29 | Sallie Mae ECMC | 7100-000 | N/A | 7,034.42 | 7,034.42 | 0.00 |
| 30 | Sallie Mae ECMC | 7100-000 | N/A | 15,241.47 | 15,241.47 | 0.00 |
| 31 | CR Evergreen, LLC | 7100-000 | N/A | 3,708.40 | 3,708.40 | 0.00 |
| 32 | American Infosource Lp As Agent for Wfnnb | 7100-000 | N/A | 193.76 | 193.76 | 0.00 |
| 33 | American Infosource Lp As Agent for Wfnnb | 7100-000 | N/A | 629.49 | 629.49 | 0.00 |
| 34 | American Infosource Lp As Agent for Wfnnb | 7100-000 | N/A | 384.69 | 384.69 | 0.00 |
| 35 | Asset Acceptance LLC | 7100-000 | N/A | 7,956.09 | 7,956.09 | 0.00 |
| 36 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,515.44 | 1,515.44 | 0.00 |
| 37 | SALLIE MAE | 7100-000 | N/A | 22,641.92 | 22,641.92 | 0.00 |
| 38 | American Infosource Lp As Agent for American Honda | 7100-000 | N/A | 12,150.62 | 12,150.62 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 39 | American Express Centurion Bank | 7100-000 | N/A | 37,485.43 | 37,485.43 | 0.00 |
| 40 | American Express Bank, FSB | 7100-000 | N/A | 47,884.48 | 47,884.48 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 335,198.48 | 335,198.48 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-09087  
**Case Name:** ALEXANDER, DAN  
AGUIRRE, MARY E  
**Period Ending:** 11/17/11

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 04/26/10 (c)  
**§341(a) Meeting Date:** 06/01/10  
**Claims Bar Date:** 12/27/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 4230 N. Melvina Ave., Chicago, IL. 60634 | 188,000.00 | 31,901.00 | | 20,000.00 | FA |
| 2 | 6109 N. Claremont, Unit #2, Chicago, | 220,000.00 | 1,812.00 | DA | 0.00 | FA |
| 3 | 6259 N. Claremont, Unit #1, Chicago, | 170,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | 6511 N. Oakley Ave., Unit 1, Chicago, | 230,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Cash on Hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking Account Plaza Bank certificates of dep | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Household Furniture audio, video, and computer | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | Everyday clothes stamp, coin, record, tape, disc | 250.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2005 Ford Freestyle | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2319 W. Rosemont, Unit 1 Chicago | 230,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.84 | FA |
| **11** | **Assets** **Totals** (Excluding unknown values) | **$1,048,750.00** | **$33,713.00** | | **$20,001.84** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    February 28, 2011    **Current Projected Date Of Final Report (TFR):**    July 29, 2011  (Actual)

Printed: 11/17/2011 04:45 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-09087
**Case Name:** ALEXANDER, DAN
AGUIRRE, MARY E
**Taxpayer ID #:** **-***5243
**Period Ending:** 11/17/11

**Trustee:** EUGENE CRANE (330350)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******43-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/24/10 | {1} | Olga S. Aguirre | Right Title and Interest settlement of Debtor's property at 4230 N. Melvina, Chicago, Illinois | 1110-000 | 20,000.00 | | 20,000.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 20,000.02 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,000.18 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,000.34 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,000.50 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,000.66 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,000.81 |
| 02/28/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #10-09087, ~ Blanket Bond #016026455 | 2300-000 | | ! 16.03 | 19,984.78 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,984.94 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,985.10 |
| 05/25/11 | 1002 | Illinois Department of Revenue | 2010 IL-1041-V payment<br>FEIN #38-6935243 | 2820-000 | | 44.00 | 19,941.10 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,941.26 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,941.42 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,941.58 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.42 | 19,910.16 |
| 08/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -31.42 | 19,941.58 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,941.74 |
| 09/15/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.07 | | 19,941.81 |
| 09/15/11 | | To Account #9200******4366 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 19,941.81 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **20,001.84** | **20,001.84** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 19,941.81 | |
| | | | **Subtotal** | | **20,001.84** | **60.03** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,001.84** | **$60.03** | |

{} Asset reference(s)    !-Not printed or not transmitted

Printed: 11/17/2011 04:45 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-09087  
**Case Name:** ALEXANDER, DAN  
AGUIRRE, MARY E  
**Taxpayer ID #:** **-***5243  
**Period Ending:** 11/17/11  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******43-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/15/11 | | From Account #9200******4365 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 19,941.81 | | 19,941.81 |
| 09/15/11 | 101 | EUGENE CRANE | Dividend paid 100.00% on $2,750.16, Trustee Compensation; Reference: | 2100-000 | | 2,750.16 | 17,191.65 |
| 09/15/11 | 102 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $11,224.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 11,224.00 | 5,967.65 |
| 09/15/11 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $158.08, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 158.08 | 5,809.57 |
| 09/15/11 | 104 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $967.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 967.50 | 4,842.07 |
| 09/15/11 | 105 | Alina Alexander | Dividend paid 40.35% on $12,000.00; Claim# 13; Filed: $12,000.00; Reference: | 5100-000 | | 4,842.07 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,941.81 | 19,941.81 | $0.00 |
| | | | Less: Bank Transfers | | 19,941.81 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 19,941.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$19,941.81** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******43-65** | 20,001.84 | 60.03 | 0.00 |
| **Checking # 9200-******43-66** | 0.00 | 19,941.81 | 0.00 |
| | $20,001.84 | $20,001.84 | $0.00 |

{} Asset reference(s)                                                                                       Printed: 11/17/2011 04:45 PM    V.12.57